■
**Harry LANDA, Appellant, v. G. D. WHIT-
FIELD, Receiver of Adams Company,
Appellee.**

**No. 10418.**

Court of Civil Appeals of Texas. San
Antonio.

May 11, 1938.

Rehearing Denied June 1, 1938.

Johnson & Rogers, of San Antonio, for
appellant.

Mueller & Green, of San Antonio, for
appellee.

MURRAY, Justice.

Affirmed without written opinion. See
Associated Indemnity Corporation et al. v.
Gatling, Tex.Civ.App., 75 S.W.2d 294.

SLATTON, J., did not participate in the
decision of this case.